University of Illinois, No. 599—

*Opinion submitted March 14, 1934.*

*Opinion submitted March 14, 1934.*

BY THE COURT.

Under Sub-section 7½ of Section 3 of the Compensation Act, claimant would appear to be entitled to an award. Upon the above facts submitted and for the sole purpose of arriving at a conclusion for the guidance and action of the officials of the University of Illinois, the Court of Claims is of the opinion that the Workmen's Compensation Act should be held applicable to the above named employee with reference to said injury. An award is recommended.